UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUDIVINA ESPERANZA RODRIGUEZ,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

This matter is before the Court on the "Government's Motion to Disclose Matters Occurring Before Grand Jury." Upon consideration of the motion, it is ORDERED as follows:

1. Pursuant to Rule 6(e)(3)(E)(I), the government may disclose the following grand jury materials to defense counsel: (1) the transcript of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case, and (2) any records that were received pursuant to grand jury subpoenas.

2. To protect jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery. Defense counsel shall also deliver a copy of this order with the materials. No person other than defense counsel shall make any copy of

these materials for any purpose whatsoever. At the conclusion of the case in this Court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

     3. Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

     Dated:  November 18, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge