UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUDIVINA ESPERANZA RODRIGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on February 4, 2010. Accordingly, the status conference set for February 17, 2010 is **VACATED**.  A Change of Plea hearing is set for **Wednesday, March 17, 2010 at 9:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  February 4, 2010