UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUDIVINA ESPERANZA RODRIGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A further change of plea hearing is set for **Wednesday, April 28, 2010, at 4:00 p.m., in Courtroom A-1002.**

    Dated: March 17, 2010.