UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00439-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUDIVINA ESPERANZA RODRIGUEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the sentencing hearing set for Tuesday, August 24, 2010, at 11:00 a.m. is **VACATED and RESET to Thursday, September 2, 2010 at 1:30 p.m.**

    Dated: June 30, 2010